# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, by Attorney General JOSH SHAPIRO, | : : : | |
| Plaintiff, | : : | CIVIL ACTION Case No. 18-mc-00169 |
| v. | : : : : : | Original Case No. 14-cv-7139 |
| THINK FINANCE, LLC, et al., | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of September, 2018, upon consideration of Movants Plain Green, LLC and Joel Rosette's Motion to Quash Subpoenas to Testify at a Deposition in a Civil Action (Doc. No. 1) and their supplement thereto (Doc. No. 3); Defendant Think Finance's Memorandum in Opposition thereto (Doc. No. 4); and Movants' Reply in Support thereof (Doc. No. 5), it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.